**SO ORDERED.**



Dated: April 26, 2010

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

Matthew A. Silverman (018919)
Jessica R. Kenney (026615)
**McCarthy ◆ Holthus ◆ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
(602) 230-8726

Attorneys for Movant,
FCDB MLPL 2008-2 VEST FCLS in the name of FCDB SNPWL REO LLC, by Specialized Loan Servicing, LLC, as attorney-in-fact, its assignees and/or successors

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>Daniel Ardelean,<br><br>　　　　　Debtor.<br>_____<br>FCDB MLPL 2008-2 VEST FCLS in the name of FCDB SNPWL REO LLC, by Specialized Loan Servicing, LLC, as attorney-in-fact, its assignees and/or successors,<br><br>　　　　　Movant,<br>　v.<br><br>Daniel Ardelean, Debtor;<br>　　　　　Respondents.<br>_____ | In Proceedings Under<br>Chapter 11<br>Case No. 2:09-bk-12292-RTB<br><br>**ORDER TERMINATING AUTOMATIC STAY** |

　　　　FCDB MLPL 2008-2 VEST FCLS in the name of FCDB SNPWL REO LLC, by Specialized Loan Servicing, LLC, as attorney-in-fact ("Movant"), having served a Notice of Default to Debtor and Debtor's Attorney after default under the Adequate Protection Order and

the matter having come on for hearing in the above entitled Court on 4/07/2010, before the Honorable Redfield T. Baum, and with good cause appearing,

**IT IS THEREFORE ORDERED** that:

Any and all stays against lien enforcement, including the automatic stay of 11 U.S.C. § 362(a) and the automatic injunction of 11 U.S.C. § 524(a), are hereby vacated with respect to the property generally described as 11023 North Saint Andrew's Way, Scottsdale, AZ 85254 on **April 22, 2010 at 5:00 p.m.**. Movant, its assignees and/or successors in interest, may then proceed with a foreclosure of or hold a Trustee's sale of the subject property pursuant to the state law, and thereafter commence any action necessary to obtain complete possession of the subject property without further court order or proceeding being necessary.

**IT IS FURTHER ORDERED** that:

The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE