09-12292-RTB
Daniel Ardelean
2
04/30/2010 09:48 FAX  4809489911                                         ☒002/002

**RECEIVED**

MAY 13 2010

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

SHORT SALE AGREEMENT FULL RELEASE

Loan No.: 1122001244
Borrower(s): Daniel Ardelean
Property Address: 11023 Saint Andrews Way
City, State and Zip: Scottsdale, AZ 85254

We have approved a discounted payoff in the amount of $1,517,641.62. This discount expires on June 15, 2010. Please complete the following steps prior to the expiration date.

1. All of the above named Borrower(s) or guarantor(s), if applicable, must sign the letter below

2. We must receive the discounted payoff by bank wire transfer, bank check, money order, or certified funds on or before June 15, 2010.

| Wire | Overnight Address |
|---|---|
| Bank Name: Capital Pacific Bank | Wealthbridge Mortgage |
| Beneficiary: Wealthbridge Mortgage | Attn: Posting |
| Account Number: 110024676 | 15455 NW Greenbrier Pkwy Ste. 111 |
| ABA Number: 123006897 | Beaverton, OR 97006 |
| Reference: 1122001244, Ardelean Daniel | |

3. You must fax or mail a copy of the signed certified HUD-I Settlement Statement for the sale of the property to the fax number or address listed above. The HUD-I Settlement Statement must be in accordance with the Good Faith Estimate, which indicates a purchase price of $1,650,000.00. By signing below, you acknowledge that we and the holder of your note relied upon this Good Faith Estimate to approve the discounted payoff. Any surplus funds shown on the HUD-I Settlement Statement in excess of the Good Faith Estimate also must be paid directly to Wealthbridge. Under no circumstances shall any funds be disbursed to the Borrower(s).

4. The HUD-I Settlement Statement must identify the Borrower(s) as the seller and Rajbrinder Brar as the purchaser of the property.

5. All funds held, if any, including but not limited to escrow and hazard claims proceeds will be applied toward the deficiency. Under no circumstances shall any funds be returned to the Borrower(s).

05/14/2010

If Wealthbridge receives the entire discounted payoff amount and all of the items are met within the specified timeframe, Wealthbridge will execute a full satisfaction and release of mortgage / deed of trust.

Borrower(s)
By: _____
Name: Daniel Ardelean

Wealthbridge Mortgage
By: _____
Name: Jesse Steinberg – AVP Loan Resolutions
15455 NW Greenbrier Pkwy, Suite 111
Beaverton, OR 97006