```
                           IT IS HEREBY ADJUDGED
                           and DECREED this is SO
                           ORDERED.
```



Harriet Hemerling (025533)  
4045 North 7th Street, Suite 216  
Phoenix, Arizona 85014  
602-266-4357 Phone  
602-266-8445 Fax  
hemerlingagra@gmail.com  

Dated: May 20, 2010

_Sarah S. Curley_ (signature)

SARAH S. CURLEY
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| DANIEL ARDELEAN, | Case No.: 2:09-bk-12292-RTB |
| Debtor. | ORDER TO AUTHORIZE SHORT SALE OF HOMESTEAD PROPERTY WITH LIENHOLDER |

Upon receiving Debtor's Emergency Motion to Authorize Short Sale of Debtor's Primary Residence: the Court states:

IT IS ORDERED that the Debtor is authorized to enter into an agreement with senior lien holder, Specialized Loan Servicing, as provided in Debtor's Motion for the short sale of his primary residence.

IT IS FURTHER ORDERED that upon finalization of the agreement, the Debtor shall immediately transmit a copy of such agreement to the U.S. Trustee's Office.

SIGNED AND DATED ABOVE.